FILED

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 21-0614
_____

STATE OF MONTANA,                              )
                                               )
   Plaintiff and Appellee,                      )
                                               )
          v.                             )        ORDER
                                               )
CHRISTOPHER I. TOULOUSE,                        )
                                               )
   Defendant and Appellant.                     )

Montana Rule of Appellate Procedure 12(1)(i), requires that the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support, be contained in the appellant's brief to this Court.

The Court has determined that the appellant's brief filed October 30, 2023, does not comply with this Rule.

IT IS ORDERED that within ten days of the date of this Order, appellant shall file ten copies of the judgment or ruling(s) appealed from with the Clerk of this Court and serve one copy upon each counsel of record.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the judgment or ruling appealed from.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record.

DATED this 31st day of October, 2023.

For the Court,

By_____
　　　　　　　　Justice

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
October 31 2023